NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOMONA LOFTON,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-1632

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01348-MBH, Senior Judge Marian Blank Horn.

---

PER CURIAM.

## O R D E R

Following this court's May 9, 2023, order to show cause, we dismiss this appeal as untimely.

On March 16, 2023, Somona Lofton filed her notice of appeal from the final judgment of the United States Court of Federal Claims entered in June 2021. A party must file an appeal within 60 days of the final judgment or order being appealed from the Court of Federal Claims. *See* 28 U.S.C. §§ 2107, 2522; Fed. R. App. P. 4(a)(1)(B); Fed. Cir. R. 1(a)(1)(C). This time limit is "a jurisdictional

requirement" and "not subject to equitable tolling." *Marandola v. United States*, 518 F.3d 913, 914 (Fed. Cir. 2008) (citation omitted).  Here, Ms. Lofton did not appeal within the required 60 days, and thus we lack jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

June 28, 2023                         /s/ Jarrett B. Perlow
     Date                              Jarrett B. Perlow
                                       Acting Clerk of Court